IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | NO. 1:20-CR-00249(1)-RP |
| PAUL KRUSE | § § | |

**AMENDED SCHEDULING ORDER**

The parties in the above entitled and numbered case have conferred and jointly moved for an order governing pretrial deadlines for this complex criminal case. Based on the parties' motion, the Court establishes the following amended pretrial deadlines:

1. The defendant shall provide counsel for the United States with reports of examination and tests as described in Fed. R. Crim. P. 16(b)(1)(B) and expert reports as described in Fed. R. Crim. P. 16(b)(1)(C), by no later than November 12, 2021.

2. The parties shall file any pre-trial motions related to the potential exclusion of expert testimony pursuant to the *Daubert* standard by no later than November 30, 2021. Responses shall be filed no later than December 14, 2021.

3. The United States shall file a list of witnesses and exhibits it intends to introduce at trial by no later than January 13, 2022.

4. The United States shall provide defense counsel with all materials described in *United States v. Giglio*, 405 U.S. 150 (1972)(impeachment evidence) and material pursuant to 18 U.S.C. § 3500 by no later than January 13, 2022 or as such information becomes available if at a later date.

5. The United States shall provide defense counsel with notice of any evidence it intends to offer pursuant to Fed. R. Evid. 404(b) no later than January 13, 2022. The defendant shall file any objections to the United States' notice no later than January 27, 2022 and the United States shall file any reply to defendant's objections to the notice no later than February 10, 2022.

6. The defendant shall file a list of witnesses and exhibits he intends to introduce at trial by no later than January 28, 2022.

7. All Pretrial motions, except those described in paragraph two above, including any motions in limine, shall be filed no later than February 2, 2022. Responses, if any, shall be filed in accordance with the local rules of this Court.

8. The United States shall file its proposed jury instructions and verdict form by no later than January 28, 2022. The defendant shall file any objections to the United States' proposed jury instructions and verdict form and his proposed jury instructions and verdict form by no later than February 11, 2022. The United States shall file any response to the defendant's objections and/or any objections to the defendant's proposed jury instructions and verdict form by no later than February 25, 2022.

9. Both parties have a continuing duty to supplement any prior disclosures in a prompt manner when material not previously disclosed is discovered through ongoing investigation.

IT IS SO ORDERED this __22nd_____ day of __July_____, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE