**FILED**
June 15, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 1:20-CR-00249(1)-RP |
| | § | |
| PAUL KRUSE | § | |

## THIRD AMENDED SCHEDULING ORDER

The parties in the above entitled and numbered case have conferred and jointly moved for an order governing pretrial deadlines for this complex criminal case. Based on the parties' motion, the Court establishes the following amended pretrial deadlines:

1. The parties shall file any pre-trial motions related to the potential exclusion of expert testimony pursuant to the *Daubert* standard by no later than May 26, 2022. Responses shall be filed no later than June 13, 2022.

2. The United States shall provide defense counsel with all materials described in *United States v. Giglio*, 405 U.S. 150 (1972)(impeachment evidence) and material pursuant to 18 U.S.C. § 3500 by no later than June 2, 2022 or as such information becomes available if at a later date.

3. The United States shall provide defense counsel with notice of any evidence it intends to offer pursuant to Fed. R. Evid. 404(b) no later than June 2, 2022. The defendant shall file any objections to the United States' notice no later than June 16, 2022 and the United States shall file any reply to defendant's objections to the notice no later than June 30, 2022.

4. The United States shall provide defense counsel with a list of witnesses and exhibits it intends to introduce at trial by no later than June 17, 2022

5. All Pretrial motions, except those described in paragraph one above, including any motions in limine, shall be filed no later than June 22, 2022. Responses, if any, shall be filed in accordance with the local rules of this Court.

6. The United States shall file its proposed jury instructions and verdict form by no later than June 17, 2022. The defendant shall file any objections to the United States' proposed jury instructions and verdict form and his proposed jury instructions and verdict form by no later than July 1, 2022. The United States shall file any response to the defendant's objections and/or any objections to the defendant's proposed jury instructions and verdict form by no later than July 18, 2022.

7. The defendant shall provide the United States with a list of witnesses and exhibits he intends to introduce at trial by no later than July 1, 2022.

8. Both parties have a continuing duty to supplement any prior disclosures in a prompt manner when material not previously disclosed is discovered through ongoing investigation.

IT IS SO ORDERED this ___15th_____ day of ____June_____, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE